UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CODY M. MATTHEWS, ET AL. | CIVIL ACTION |
| VERSUS | NO. 21-1862 |
| DR. WILLIAM LO, ET AL. | SECTION "I" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Motion for Temporary Restraining Order or Preliminary Injunction (Rec. Doc. No. 4) filed by plaintiffs Cody M. Matthews and Frank W. Beckendorf, III is **DENIED**.

New Orleans, Louisiana, this 29th day of November, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE