UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CODY M. MATTHEWS, ET AL.**                     **CIVIL ACTION**

**VERSUS**                                                            **NO. 21-1862**

**WILLIAM LO, ET AL.**                           **SECTION "I" (2)**

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation[1], and finding that as of this date no party has filed objections to the Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Cody Matthews' and Frank Beckendorf's 42 U.S.C. § 1983 claims against defendants Dr. Jose Ham, Dr. William Lo, Warden Daniel Fleischman, Sheriff Randy Smith, Deputy Aaron Mendow, Deputy Adrian Brumfield, Sgt. Dussouy, and Corporal J. Smith are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e), § 1915A and 42 U.S.C. § 1997e as frivolous and/or for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Drs. Ham's and Lo's Motion to Dismiss[2] is **GRANTED.**

**IT IS FURTHER ORDERED** that Matthew's § 1983 claims of excessive force against Deputy Daniel Boyet, Deputy Jacob Spohrer, Sgt. Cabbin, and Deputy Mason Martinez arising from the alleged excessive force occurring within the St. Tammany Parish Jail on March 23–25

---

[1] Rec. Doc. No 23

[2] Rec. Doc. No. 18

and August, 26, 2021 be allowed to proceed and remain referred to the Magistrate Judge for further pretrial proceedings.

    New Orleans, Louisiana, this 27th day of September, 2022.

                                          LANCE M. AFRICK
                                   UNITED STATES DISTRICT JUDGE